IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| AMBERLY GAUDREAU, as Administrator of the Estate of CODY ROBERTSON, Deceased,<br><br>    Plaintiff,<br><br>v.<br><br>NATIONAL RAILROAD PASSENGER CORPORATION, d/b/a AMTRAK, ILLINOIS CENTRAL RAILROAD COMPANY, ED BURRIS DISPOSAL SERVICE, LLC, and BOWLBY FARMS, LLC,<br><br>    Defendants. | Case No. 19-CV-01278-SPM |

## JUDGMENT IN A CIVIL ACTION

**DECISION BY THE COURT.**

    **IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Court's Order of September 19, 2023 (Doc. 218), this action is **DISMISSED with prejudice**.

**DATED: November 27, 2023**

                                              **MONICA A. STUMP,**
                                              **Clerk of Court**


                                              **By:** *s/ Jackie Muckensturm*
                                                      **Deputy Clerk**


**APPROVED:** *s/ Stephen P. McGlynn*
                  **STEPHEN P. MCGLYNN**
                  **U.S. District Judge**

1